CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/8/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION <br><br> *Plaintiff*, <br> v. <br><br> DANIEL S. WOOLDRIDGE AND KAYLA FAIRCHILD, <br><br> *Defendants*. | CASE NO. 6:22-cv-00055 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Entry of Default Judgment, Dkt. 12. Plaintiff requests that the clerk enter the default of Defendant Kayla Fairchild pursuant to Fed. R. Civ. P. 55(a). For the reasons given in the accompanying opinion, the Court grants this motion.

The Clerk of the Court is directed to send this Order to all parties.

Entered this  **8th**  day of December, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE