CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/20/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CO. | |
| *Plaintiff,* | CASE NO. 6:22-cv-00055 |
| v. | |
| DANIEL S. WOOLDRIDGE AND KAYLA FAIRCHILD, | ORDER |
| *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Liberty Insurance Company's Motion for Entry of Default Judgment Against Defendant Fairchild, Dkt. 15, and Motion for Judgment on the Pleadings, Dkt. 17. For reasons discussed in an accompanying opinion, the Court **GRANTS** both motions.

The Court enters a default judgment against Fairchild. The Court enters a declaratory judgment against Fairchild and Wooldridge:

a. Declaring Liberty has no duty or obligation to defend Wooldridge in the Underlying Lawsuit;

b. Declaring Liberty has no duty or obligation to indemnify Wooldridge against any judgment in the Underlying Lawsuit;

c. Declaring Liberty may immediately withdraw its defense of Wooldridge in the Underlying Lawsuit; and

d. Granting Liberty its costs as permitted by Fed. R. Civ. P. 54(d)(1).

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

1

Entered this __20th__ day of April, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE